**COLUMBIA GAS TRANSMISSION CORPORATION, Plaintiff–Appellant,**

v.

**I.L. MORRIS, Defendant–Appellee.**

**No. 00–2252.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2001.

Decided March 7, 2001.

W. Henry Lawrence, Amy M. Smith, Steptoe & Johnson, Clarksburg, WV, for

appellant. Marc A. Monteleone, Kenneth E. Webb, Jr., Bowles, Rice, McDavid, Graff & Love, P.L.L.C., Charleston, WV, for appellee.

Before WILKINS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

OPINION

PER CURIAM.

Columbia Gas Transmission Corp. appeals the district court's order granting I.L. Morris' motion to dismiss this action for lack of subject matter jurisdiction. The court found that the parties were not diverse and that the action was not based upon a federal question. In finding that there was no federal question jurisdiction, the district court did not have the benefit of our decision in *Columbia Gas Transmission Corp. v. Drain*, 237 F.3d 366 (4th Cir.2001). We therefore vacate the district court's order and remand for further proceedings in light of *Drain*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*